IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 17 CR 625 |
| | ) | Judge Jorge L. Alonso |
| RUMAEL GREEN | ) | |
| | ) | |

MOTION TO WITHDRAW

Now comes counsel for the defendant, RUMAEL GREEN, and hereby moves this Honorable Court to permit the FEDERAL DEFENDER PROGRAM to withdraw as counsel in this matter.

1. On October 12, 2017, this court appointed Daniel McLaughlin, Federal Defender Program, as counsel for Mr. Green. Counsel submitted his appearance on June 30, 2020, in order to represent Mr. Green on the pending violation of supervised filed in this matter on March 23, 2020.

2. The pending violation of supervised release is most significantly based on a indictment filed against Mr. Green in docket 20 CR 319 pending before the Hon. John J. Tharp, Jr. This counsel was initially appointed in that matter, before being permitted to withdraw due to conflict of interest. Judge Tharp, Jr., appointed attorney Carl Clavelli, of the Federal Defender panel as counsel in that matter.

3. A conflict of interest has developed between the defendant, Rumael Green, and the Federal Defender Program. Should the court request further detail, counsel would request that it be provided on an ex-parte basis.

1

4.  The Federal Defender Program has contacted panel attorney, Carl Clavelli, who indicated he is available to represent Mr. Green in this matter.

5.  Counsel has discussed the conflict issue with defendant, Rumael Green, who stated he agrees with this motion.

For the above stated reasons, and to maintain continuity of counsel, it is respectfully requested that this Honorable Court permit the Federal Defender Program to withdraw from this matter, and appoint attorney, Carl Clavelli, of the Federal Defender panel, as counsel for Mr. Green.

                Respectfully submitted,

                FEDERAL DEFENDER PROGRAM
                John F. Murphy
                Executive Director


                By: *Piyush Chandra*
                 Piyush Chandra
                 Counsel for Rumael Green

PIYUSH CHANDRA
FEDERAL DEFENDER PROGRAM
55 E. Monroe St., Suite 2800
Chicago, IL 60603
(312) 621-8337

3